**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,<br><br>　　　　　　　　Debtors.<br>EARL OF SANDWICH (ATLANTIC CITY), LLC,<br>　　　　　　　　Movant,<br><br>　- against -<br><br>COWEN SPECIAL INVESTMENTS, LLC and BRADLY SCHWAB,<br>　　　　　　　　Respondents. | No. 18-mc-_____<br><br>Action pending in United States Bankruptcy Court for the Northern District of Illinois, Chapter 11 Case No. 15-01145-ABG<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE upon the accompanying Memorandum of Law and Declaration of Jeffrey Chubak, dated January 10, 2018, Earl of Sandwich (Atlantic City) LLC ("Earl") will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on January 24, 2018 at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order compelling Cowen Special Investments LLC and Bradly Schwab to produce documents they agreed to produce in their responses and objections to document subpoenas issued to them in connection with a contested matter pending in *In re Caesars Entm't Operating Co., Inc.,* Chapter 11 Case No. 15-01145-ABG (Bankr. N.D. Ill.), and Cowen's contract with Barrett Mikelberg, pursuant to Rule 37(a) and 45(d)(2)(B)(i).

　　　　PLEASE TAKE FURTHER NOTICE opposition papers must be served within seven days following service hereof, pursuant to Local Rule 6.1(a).

Dated: January 10, 2018   STORCH AMINI PC

/s/ Jeffrey Chubak
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 497-8247
Fax: (212) 490-4208
jchubak@storchamini.com

*Attorneys for Earl of Sandwich (Atlantic City), LLC*