# Exhibit 13

010817MikelbergROUGHDRAFT.txt

```
20   In my aspect.  I own the opportunity to do with it as
21   needed.  Depending on contracts I have with people.
22        Q.   So do you have a contract with Cowen?
23        A.   I do.
24        Q.   Do you understand who Cowen is?
25        A.   Yes, I know who they are.  Been working with
```

                                                                    11

ROUGH DRAFT

```
 1   them for about a year.
 2        Q.   What are the terms of your contract with
 3   Cowen?
 4        A.   I don't know if I'm able to disclose that.
 5        Q.   Is there a confidentiality clause in there?
 6        A.   I don't have it in front of me.  I wasn't told
 7   to bring it and I don't know.  I can go home and get it.
 8        Q.   That would have been responsive to the
 9   subpoena I served and you.  If you have it.  To the
10   extent that Cowen was involved.  We can talk about it
11   later and we have to don't deposition until we solve
12   that issue but we will look at the subpoena on a break
13   and we will talk about it.  Is that contract in writing?
14        A.   Yes.
15        Q.   Did you negotiate that contract with Brad
16   Schwab?
```

```
                010817MikelbergROUGHDRAFT.txt
 14   that point my job was done.
 15           MS. LEWIS-GRUSS:  I don't have any more
 16      questions for you at this time.
 17           THE WITNESS:  Great.
 18           MS. LEWIS-GRUSS:  Mr. Chupak is entitled to
 19      ask you questions.
 20           THE WITNESS:  Sure.
 21              CROSS (BARRETT MIKELBERG)
 22   BY MR. CHUBAK:
 23      Q.   I would like to go back to Exhibit 22
 24   somewhere in this pile.
 25      A.   All right, yes.
                                                          77

                         ROUGH DRAFT
  1      Q.   Can you tell me understanding that you hadn't
  2   produced the contract with Cowen and that you don't have
  3   in front of you what the operative terms are?
  4      A.   Yes, I would get paid a spread, a percentage
  5   of the gross spread.  Between buy and sell.  The number
  6   agreed to was 15 percent.
  7      Q.   So --
  8      A.   So for example if -- you don't need an example
  9   if you ask for one I'll give you one.
 10      Q.   That formula implies that Cowen isn't putting
                          Page 86
```

010817MikelbergROUGHDRAFT.txt

2      Q.   What did Brad say in response you are or
3  aren't owed money did he agree or disagree or did he say
4  do nothing?
5      A.   Can I go off the record for a second?
6      Q.   I would prefer you answer the question.
7      A.   Brad told me or projected towards me that
8  there was some problems internally and I wasn't going to
9  get paid on this.
10     Q.   Did he tell you what those internal problems
11 were?
12     A.   Specifically he couldn't tell me.  I've known
13 Brad for a long time.  I know he wouldn't intentionally
14 hurt me.
15     Q.   Have you been paid on this claim to date?
16     A.   Zero.
17     Q.   Have you reached out to anyone other than Brad
18 about getting paid on this trade?
19     A.   In fear of getting fired no.
20     Q.   How many times have you reached out to Brad
21 about this?
22     A.   Handful.  Every time I saw the contact lined
23 up I was pissed.
24     Q.   When was the last time you reached out to Brad
25 about this?

010817MikelbergROUGHDRAFT.txt

14     Sometimes I'm privy to the back and forth of the
15     assignment going through lawyers and helping
16     coordinate that but never have I seen money sent
17     without a final assignment executed never seen it
18     done.  That doesn't mean it hasn't been done with
19     other companies I have never seen it done.
20          MR. CHUBAK:  I have no further questions.
21     Going to reiterate Ayanna's request that you
22     forward us your contract with Cowen.
23          THE WITNESS:  I can do that.  I don't think --
24     I don't believe I have any restrictions that I
25     can't -- I don't believe I do.  I can forward you

                                                                85

                        ROUGH DRAFT

 1     that.
 2          MR. CHUBAK:  Okay.
 3          THE WITNESS:  That's easy.
 4          MS. LEWIS-GRUSS:  I'm going to ask a couple
 5     redirect questions.
 6          THE WITNESS:  Sure.
 7             REDIRECT (BARRETT MIKELBERG)
 8  BY MS. LEWIS-GRUSS:
 9     Q.   You've said multiple times you're a sourcer;
10  is that correct?

                        Page 95