# Exhibit 16

Reply all | ∨    Delete    Junk | ∨    ...                                                ✕

# RE: Earl of Sandwich

**B**    **bmikelberg@alpinetradingco.com**     👍   Reply all | ∨
Today, 9:50 AM
Jeffrey Chubak ∨

Inbox

Great meeting you as well- I wish the circumstances were different- Thank you for keeping your questions at the depo short/simple/and direct- Not sure what Whitebox is chasing- Anyways, as per Cowen, regarding a copy of my contract: Because there is proprietary information in there please request it from them directly-

Let me know if there is anything I can do help, as this case should have never happened/


Barrett
-----Original Message-----
From: "Jeffrey Chubak" <jchubak@storchamini.com>
Sent: Tuesday, January 9, 2018 10:24pm
To: "bmikelberg@alpinetradingco.com" <bmikelberg@alpinetradingco.com>
Subject: Earl of Sandwich

Barrett, good meeting you yesterday.  Can you please forward me a copy of your agreement with Cowen, as discussed at the deposition?

Thank you,