UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,<br><br>     Debtors.<br>EARL OF SANDWICH (ATLANTIC CITY), LLC,<br><br>     Plaintiff,<br><br> - against -<br><br>COWEN SPECIAL INVESTMENTS, LLC and BRADLY SCHWAB,<br>     Defendants. | No. 1:18-mc-14<br><br>Action pending in United States Bankruptcy Court for the Northern District of Illinois, Chapter 11 Case No. 15-01145-ABG<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1, counsel for Earl of Sandwich (Atlantic City), LLC states that its corporate parents are Earl of Sandwich (USA), LLC, Rawhide Holdings Inc., and Rawhide Trust.

Dated: January 11, 2018

              STORCH AMINI PC

              /s/ Jeffrey Chubak
              Jeffrey Chubak
              140 East 45th Street, 25th Floor
              New York, New York 10017
              Tel: (212) 497-8247
              Fax: (212) 490-4208
              jchubak@storchamini.com

              *Attorneys for Earl of Sandwich (Atlantic City), LLC*