**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT<br>OPERATING COMPANY, INC., *et al.*,<br><br>　　　　　　　　Debtors. | No. 1:18-mc-14-RJS<br><br>Action pending in United States<br>Bankruptcy Court for the Northern<br>District of Illinois, Chapter 11 Case<br>No. 15-01145-ABG |
| EARL OF SANDWICH (ATLANTIC CITY),<br>LLC,<br>　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>COWEN SPECIAL INVESTMENTS,<br>LLC and BRADLY SCHWAB,<br>　　　　　　　　Defendants. | **NOTICE OF WITHDRAWAL**<br>**OF MOTION TO COMPEL** |

PLEASE TAKE NOTICE Earl of Sandwich (Atlantic City), LLC hereby withdraws its motion to compel production of documents by Cowen Special Investments, LLC and Bradly Schwab.

Dated: January 15, 2018

STORCH AMINI PC

/s/ Jeffrey Chubak
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 497-8247
Fax: (212) 490-4208
jchubak@storchamini.com

*Counsel to Earl of Sandwich (Atlantic City),*
*LLC*